## 2189.   JAMERSON v. THAXTON.

**HILL, C. J.**  1. Where the court in a civil case charged the jury that "the burden is on the plaintiff to make out his case by proof" of the facts alleged, before he would be entitled to recover, the omission to charge, in the absence of a special request, the general doctrine as to the preponderance of evidence was not error.   *Gunn* v. *Harris*, 88 *Ga.* 439 (14 S. E. 983); *Small* v. *Williams*, 87 *Ga.* 682 (13 S. E. 589).

2. The following excerpt from the judge's charge is excepted to on several unmeritorious grounds:   "Take the case and find out what the truth

of it is. If you find a conflict in the evidence of the witnesses, you should reconcile it, and reconcile it°in such a manner as to make all the witnesses speak the truth and impute perjury to none. If you are unable to do this, you may believe the witness or witnesses you think, under all the circumstances, are more entitled to credit."

3. The verdict is supported by the evidence.          *Judgment affirmed.*

Appeal; from Butts superior court—Judge Reagan. September 6, 1909.

Argued December 8, 1909.—Decided February 10, 1910.

*J. T. Moore, W. E. Watkins,* for plaintiff in error.

*C. L. Redman,* contra.